IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBRA McCLELLAND,

        Plaintiff,

   v.

ELI LILLY AND COMPANY,

        Defendant.

NO. C06-0896 TEH

ORDER VACATING CASE MANAGEMENT CONFERENCE

The Court is in receipt of Plaintiff's request to continue or vacate the case management conference currently scheduled for June 12, 2006. This Court has also received a letter, dated May 17, 2006, from the Judicial Panel on Multidistrict Litigation ("JPML"), stating that no opposition to the JPML's conditional transfer order was received during the allowable 15-day period in this case and that, therefore, the case will soon be transferred to the Eastern District of New York as part of MDL-1596, *In re Zyprexa Products Liability Litigation*. Accordingly, with good cause appearing, the June 12, 2006 case management conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated: 06/06/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT